JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHNATHAN PHAIR,<br><br>        Defendant. | No. CR12-016-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO WAIVE SUBSISTENCE FEE PAYMENTS FOR RRC PLACEMENT |

The Court, having considered the unopposed motion by Johnathan Phair to waive the requirement that he pay up to 25% of his gross income as a subsistence fee for his placement at the Residential Reentry Center (RRC) program, having also considered the records and files in this case, and finding good cause,

IT IS NOW ORDERED that Defendant's unopposed motion (Dkt. #257) is GRANTED.  Mr. Phair's requirement that he pay a subsistence fee on his gross income for his RRC placement is waived.

DATED this 24th day of July, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO WAIVE SUBSISTENCE FEE
PAYMENTS FOR RRC PLACEMENT
(*Johnathan Phair*, CR12-016-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100