THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR12-016-RAJ |
| Plaintiff, | ) | CR19-036-RAJ |
| | ) | |
| v. | ) | ORDER GRANTING EMERGENCY |
| | ) | MOTION FOR TEMPORARY |
| JOHNATHAN PHAIR, | ) | RELEASE FROM CUSTODY TO |
| | ) | ATTEND FUNERAL SERVICES |
| Defendant. | ) | |
| | ) | |

THIS MATTER has come before the Court on Johnathan Phair's emergency motion for temporary release from custody to attend the memorial service for his cousin. The Court has considered the motion and records in this case and hereby GRANTS the motion.

IT IS NOW ORDERED:

1. Mr. Phair should be released from FDC SeaTac on June 19, 2019, at 8:00 a.m. to the custody of his mother, Candace Wright; and

2. During his temporary release, Mr. Phair shall either be in transit to or from the location of the funeral services at Moles Funeral Home in Ferndale, Washington, and at all times be in the custody of his mother, Candace Wright; and

///

///

ORDER FOR TEMPORARY RELEASE FROM
CUSTODY TO ATTEND FUNERAL SERVICES
(*Johnathan Phair*, CR12-016 & CR19-036) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**

3. Candace Wright will return Mr. Phair to FDC SeaTac no later than 6:00 p.m. on June 19, 2019.

DATED this 18th day of June, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER FOR TEMPORARY RELEASE FROM
CUSTODY TO ATTEND FUNERAL SERVICES
(*Johnathan Phair*, CR12-016 & CR19-036) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**